UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONCE J. PORCHE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-4555** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: S(1)** |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS HEREBY ORDERED** that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Doc. # 15) is **GRANTED,** and the motion of the plaintiff, Leonce J. Porche, for summary judgment (Doc. # 14) is **DENIED**.

New Orleans, Louisiana, this  15th  day of   November  , 2011.

UNITED STATES DISTRICT JUDGE